**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 24-cr-00039-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CHARLYNA BUTTERWORTH,

    Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

### COUNT 1

From on or about November 8, 2023, to January 7, 2024, in the State and District of Colorado and elsewhere, the defendant, CHARLYNA BUTTERWORTH, did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen years, to wit: "Minor #1," a minor child, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and has actually been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

From on or about November 8, 2023, to November 11, 2023, in the State and District of Colorado and elsewhere, the defendant, CHARLYNA BUTTERWORTH, did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen years, to wit: "Minor #2," a minor child, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 3

From on or about November 8, 2023, to January 6, 2024, in the State and District of Colorado and elsewhere, the defendant, CHARLYNA BUTTERWORTH, did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen years, to wit: "Minor #3," a minor child, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and has actually been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 4

From on or about January 2, 2024 to January 7, 2024, in the State and District of Colorado and elsewhere, CHARLYNA BUTTERWORTH, defendant herein, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1) and 2.

## COUNT 5

On or about January 8, 2024, in the State and District of Colorado, CHARLYNA BUTTERWORTH, defendant herein, did knowingly possess any computer disk and other material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

**FORFEITURE ALLEGATION**

1. The allegations contained in Counts 1-5 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of any of the violations alleged in Counts 1-5 of this Indictment involving violations of Title 18, United States Code, Sections 2251 or 2252A, defendant CHARLYNA BUTTERWORTH shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all of the defendant's right, title, and interest in:

   a. any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Title 18, or any book, magazine, periodical, film or videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received;

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property subject to forfeiture, pursuant to Title 18, United States 18 U.S.C. Section 2253, includes, but is not limited to the following item: one Google Pixel 7 cellular telephone with IMEI number 354449801330375.

4

4. If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: <u>*s/Alison Connaughty*</u>
Alison Connaughty
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
E-mail: alison.connaughty@usdoj.gov
Attorney for the Government