| | |
|---|---|
| <u>DEFENDANT:</u> | CHARLYNA BUTTERWORTH |
| <u>AGE/YOB</u>: | 28/1996 |
| <u>COMPLAINT FILED?</u> | __X__ Yes  _____ No<br>(Case No. 24-mj-00008-SBP) |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | __X__ Yes  _____ No |
| <u>OFFENSE(S):</u> | **Counts 1-3:** Production of Child Pornography, Title 18, United States Code, Section 2251(a) and (e).<br>**Count 4:** Distribution of Child Pornography and Aiding and Abetting Distribution of Child Pornography, Title 18, United States Code, Sections 2252A(a)(2) and 2.<br>**Count 5:** Possession of Child Pornography, Title 18, United States Code, Section 2252A(a)(5)(B). |
| <u>LOCATION OF OFFENSE:</u> | Denver County, Colorado, and Elsewhere |
| <u>PENALTY:</u> | **Counts 1-3:** If it is determined that the defendant has no prior sex-related convictions, the penalty is NLT 15 years, NMT 30 years; NMT $250,000 fine, or both; supervised release of NLT 5 years, NMT life; $100 Special Assessment.  However, pursuant to 18 U.S.C. § 3559(e), if the defendant has a prior sex conviction in which a minor was the victim, and because this offense constitutes a Federal sex offense in which a minor is the victim, the mandatory sentence is NLT Life, NMT $250,000 fine, or both; $100 Special Assessment.  If that provision does not apply, and if the defendant has a prior conviction under Chapters 110, 71, 109A, 117, Title 18 section 1591, or under section 920 of title 10 of the United States Code (article 120 of the Uniform Code of Military Justice), or under the law of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, the penalty is NLT 25 years, NMT 50 years; NMT $250,000 fine, or both; supervised release of NLT 5 years, NMT life; $100 Special Assessment; with two such convictions, the penalty is NLT 35 years, NMT life; NMT $250,000 fine, or both; supervised release of NLT 5 years, NMT life; $100 Special Assessment. For |

offenses under Chapters 77, 109A, 110, 117 committed on or after May 29, 2015, $5,000 Special Assessment if the defendant is a non-indigent person.  For offenses committed on or after December 7, 2018, a Special Assessment of no more than $50,000 if convicted of child pornography production as defined by 18 U.S.C. Section 2259(c)(1), which includes offenses under 18 U.S.C. Section 2251(a).

**Count 4:** If it is determined that the defendant has no prior sex-related convictions, NLT 5 years, NMT 20 years; NMT $250,000 fine, or both; supervised release of NLT 5 years, NMT life; $100 Special Assessment.  However, if defendant has a prior conviction under Chapters 110, 71, 109A, 117, Title 18 section 1591, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, NLT 15 years, NMT 40 years; NMT $250,000 fine, or both, supervised release of NLT 5 years, NMT life; $100 Special Assessment.  For offenses under Chapters 77, 109A, 110, 117 committed on or after May 29, 2015, $5,000 Special Assessment if the defendant is a non-indigent person.  For offenses committed on or after December 7, 2018, a Special Assessment of no more than $35,000 if convicted of any trafficking in child pornography offense as defined by 18 U.S.C. Section 2259(c)(3), which includes offenses under 2252A(a)(1) through (4).

**Count 5:** If it is determined that the defendant has no prior sex-related convictions, NMT 10 years; NMT $250,000 fine, or both; supervised release of NLT 5 years and NMT life; $100 Special Assessment.  If defendant has a prior conviction under Chapters 110, 71, 109A, or 117 of Title 18; or under Section 920 of Title 10 (Article 120 of the Uniform Code of Military Justice); or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, NLT 10 years, NMT 20 years; NMT $250,000 fine, or both; supervised release of NLT 5 years, NMT life; $100 Special Assessment.  For offenses under Chapters 77, 109A, 110, 117 committed on or after May 29, 2015, $5,000 Special Assessment if the defendant is a non-indigent person.  For offenses committed on or after December 7, 2018, a Special Assessment of no more than $17,000 if convicted of 18 U.S.C. Section 2252A(a)(5).

| | |
|---|---|
| AGENT: | Special Agent Christopher Scrabis<br>Federal Bureau of Investigation |

AUTHORIZED BY: Alison Connaughty
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X    five days or less; ___ over five days

THE GOVERNMENT

  X    will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.

3