IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 24-cr-00039-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CHARLYNA BUTTERWORTH,

    Defendant.

## UNOPPOSED MOTION FOR A PROTECTIVE ORDER

The United States of America ("the government"), by and through Alison Connaughty, Assistant United States Attorney, hereby moves this Court for a protective order.

    1.  Due to the nature of the evidence, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, including § 3509(d), apply to this case.

    2.  The Act affords certain protections to child victims and child witnesses, including requiring the parties and other personnel to maintain the confidentiality of any documents disclosing the name of and information concerning a minor victim or witness, maintain the confidentiality of any information in said documents concerning a minor victim or witness, maintain the confidentiality of the minor victim or witness' identity in all public filings and court proceedings, and file under seal without the necessity of a Court order any filings that disclose the identity or other personal information of the minor victim or witness.

3.  The government submits that due to the nature of the case and due to the underlying discovery, there is a significant possibility that without a protective order, names or other information concerning a minor witness could be disclosed, which would be detrimental to the minor.

4.  Because the provisions of the Act apply, the government is requesting a protective order that governs filings in this case consistent with 18 U.S.C. § 3509(d) and as suggested in the Proposed Order attached hereto.

5.  Additionally, the government respectfully requests a protective order in this case limiting disclosure of the discovery materials, as the United States believes that the unnecessary disclosure of documents which contain identifying information related to a minor victim/witness could be detrimental to the minor.

6.  The government has consulted with counsel for the defendant and informs the Court that the defendant does not object to the entry of the proposed protective order.

7.  WHEREFORE, the government respectfully requests the Court enter a protective order consistent with those suggested in the Proposed Order, which is attached.

Respectfully submitted,

COLE FINEGAN
United States Attorney

*s/Alison Connaughty*_____
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail:  Alison.Connaughty@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of February, 2024, I electronically filed the foregoing **UNOPPOSED MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                      *s/Maggie Grenvik*_____
                                      Legal Assistant
                                      U.S. Attorney's Office