IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 24-cr-00039-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLYNA BUTTERWORTH,

    Defendants.

## JOINT SPEEDY TRIAL ACT CALCULATION

THE UNITED STATES OF AMERICA, and CHARLYNA BUTTERWORTH, by and through their undersigned attorneys, hereby submit their Joint Speedy Trial Act Calculation in advance of the status conference currently set in this matter.

The parties calculate as follows:

| DATE | EVENT | DAYS REMAINING ON THE SPEEDY TRIAL ACT | |
|---|---|---|---|
| | | **70-day Calculation** | **90-day Calculation** |
| 01/12/2024 | Initial Appearance and Government Motion for Detention (ECF # 6) | N/A | N/A |
| 02/06/2024 | Indictment Filed (ECF #17) | N/A | N/A |
| 02/08/2024 | Arraignment, Discovery, Detention Hearing (ECF # 20) | N/A | N/A |
| | **Total Remaining:** | 53 | 73 |

The parties will note that the 70-day Speedy Trial Act period will expire on April 16, 2024. The parties calculated the speedy trial period as follows:

(1) The Indictment was filed on February 6, 2024. The defendant first appeared for this case on January 12, 2024 and was ordered detained on a Complaint. The defendant appeared on the Indictment on February 8, 2024. The preliminary hearing that had been scheduled for that date was converted to an Arraignment, Discovery Conference, and Detention Hearing.   The defendant entered a Not Guilty plea.

(2) Ordinarily, a trial must commence within 70 days from the filing and unsealing of an indictment or the defendant's initial appearance on the indictment in the "court in which such charge is pending," whichever occurs later.  *See* 18 U.S.C. § 3161(c)(1).

Based on 18 U.S.C. §3161(c)(1) and Fed. R. Crim. P. 45, the parties calculate that the 70-day Speedy Trial Act period will currently expire on April 16, 2024.

Respectfully submitted on behalf of all parties this 23rd day of February 2024.

| | |
|---|---|
| COLE FINEGAN<br>United States Attorney | VIRGINIA GRADY<br>Federal Public Defender |
| /s/ Alison Connaughty<br>ALISON CONNAUGHTY<br>Assistant U.S. Attorney<br>District of Colorado<br>1801 California, Ste 1600<br>Denver, CO 80202<br>Telephone: (303) 454-0108<br>E-mail: alison.connaughty@usdoj.gov | /s/ Kilie Latendresse<br>KILIE LATENDRESSE<br>Assistant Federal Defender<br>District of Colorado<br>633 17th St., 10th floor<br>Denver, CO 80202<br>(303) 294-7002<br>kilie.latendresse@fd.org |

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of February 2024, I electronically filed the JOINT SPEEDY TRIAL ACT CALCULATION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record, at the following e-mail address:

    Alison Connaughty, Assistant U.S. Attorney
    Alison.Connaughty@usdoj.gov

    s/Kilie Latendresse
    KILIE LATENDRESSE
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    kilie.latendresse@fd.org
    Attorney for Defendant